JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
JON L.R. DALBERG (State Bar No. 128259)
jdalberg@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor | Adv. No. 8:20-ap-01149-SC |
| | **STIPULATION TO EXTEND DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL HEARING DATES** |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP, | |
| Plaintiff, | |
| v. | |
| SIMEON OSBORN, an individual, | |
| Defendant. | |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP ("EA") and defendant Simeon Osborn ("Osborn") (collectively, the Trustee and Osborn are referred to as the "Parties"), stipulate as follows.

## RECITALS

1.    Pursuant to the Court's order [docket no. 26] approving a previous stipulation between the Parties [docket no. 25] (the "Prior Stipulation"), the following schedule is currently set in this case:

      i.    Discovery Cutoff on December 15, 2021;

      ii.    Motion Cutoff on February 17, 2022;

      iii.    Pretrial Conference on March 23, 2022 at 11:00 a.m.

2.    In the Prior Stipulation, the Parties agreed to extend the deadlines in this case to allow for the conclusion of the criminal trial of EA's former managing partner, Michael Avenatti ("Avenatti"), currently pending in the U.S. District Court for the Central District of California (the "District Court"), since the Parties have discovery that can only be completed after the conclusion of that trial.

3.    After the Parties entered the Prior Stipulation, the District Court declared a mistrial during the first phase of Avenatti's criminal trial, and scheduled a new trial for November 2, 2021. Avenatti then filed a motion to dismiss the criminal case. The District Court denied the motion, and Avenatti has now appealed that denial to the Ninth Circuit. The District Court has ruled that, until the Ninth Circuit appeal is dismissed or decided, the District Court lacks jurisdiction to proceed with the criminal trial, and has vacated the November 2 trial date.

4.    To allow for the resolution of the currently pending matters in the Avenatti criminal case, which will result in either the dismissal of the case or the scheduling of a new trial date that will give the Parties an understanding of when they will be able to conduct the necessary discovery, the Parties have agreed that the dates set by the Court should be continued to the following:

      i.    Discovery Cutoff on March 31, 2022;

      ii.    Motion Cutoff on May 26, 2022;

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1           iii.    Pretrial Conference on July 12, 2022 at 1:30 p.m.

2                          **__STIPULATION__**

3       **NOW, THEREFORE,** the Parties stipulate that, subject to Court approval:

4       The dates currently scheduled as:

5           i.    Discovery Cutoff on December 15, 2021;

6           ii.    Motion Cutoff on February 17, 2022;

7           iii.    Pretrial Conference on March 23, 2022 at 11:00 a.m.

8   Are continued to:

9           i.    Discovery Cutoff on March 31, 2022;

10           ii.    Motion Cutoff on May 26, 2022;

11           iii.    Pretrial Conference on July 12, 2022 at 1:30 p.m.

12

13

14   Dated: October 20, 2021            LANDAU LAW LLP

15

16                          By: _____/s/ John P. Reitman_____

17                             John P. Reitman
                          Special Litigation Attorneys for
                          Plaintiff Richard A. Marshack,

18                           Chapter 7 Trustee for Eagan Avenatti, LLP

19

20

21   Dated: October 28, 2021            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22

23                          By: _Anastasia K. Billy_

24                              Aaron J. Malo
                           Anastasia K. Billy

25                      Attorneys for Defendant Simeon Osborn

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Ave., Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): ***Stipulation to Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Jack A. Reitman**    jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.